CARL W. SHAPIRO, Bar No. 72612
CINDY F. FORMAN, Bar No. 134267
SHAPIRO, RODARTE & FREEDMAN LLP
233 Wilshire Boulevard, Suite 700
Santa Monica, California 90401-1220
Telephone: (310) 319-5400
Facsimile: (310) 319-5401
E-Mail: cshapiro@shapirofirm.com
cforman@shapirofirm.com

**JS-6**

cc: FISCAL

Attorneys for Plaintiffs and Counterdefendants
AMERICAN NATIONAL RED CROSS and
RICHARD SCHER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| AMERICAN NATIONAL RED CROSS, a not-for-profit corporation, and RICHARD SCHER, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> ST. PAUL TRAVELERS, INC., successor corporation to ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation, <br><br> Defendant. | Case No. EDCV 05-0861 VAP(MANx) <br><br> (Hon. Virginia A. Phillips) <br><br> **ORDER FOR ENTRY OF JUDGMENT** <br><br> Complaint Filed: September 14, 2005 |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> AMERICAN NATIONAL RED CROSS, a not-for-profit corporation, and RICHARD SCHER, an individual, <br><br> Counterdefendants. | |

Shapiro, Rodarte & Freedman LLP

**[PROPOSED] ORDER
FOR ENTRY OF JUDGMENT**

# ORDER

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the final judgment in this action shall be modified as follows:

1. Plaintiffs American National Red Cross and Richard Scher (collectively, "Red Cross") shall recover from defendant St. Paul Fire and Marine Insurance Company (erroneously sued as "St. Paul Travelers, Inc., successor corporation to St. Paul Fire and Marine Insurance Company") ("St. Paul") the sum of $950,000 in connection with plaintiffs' claims herein;

2. St. Paul's counterclaims are hereby dismissed with prejudice;

3. Each party shall bear its own costs and fees; and

4. The supercedeas bond previously posted by the Red Cross in the amount of $175,000 to secure the earlier judgment in this action may be released forthwith.

December 24, 2008

_____
Hon. Virginia Phillips
United States District Court